**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12 4016-01-CR-C-NKL |
| | ) | |
| DARIUS DEVON DANSBERRY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon oral motion of defendant Darius Devon Dansberry, it is

ORDERED that defendant Darius Devon Dansberry is hereby remanded back to the custody of the State of Missouri pending his trial or plea and sentencing.

Dated this 24th day of April, 2012, at Jefferson City, Missouri.


/s/ *Matt J. Whitworth*

MATT J. WHITWORTH
United States Magistrate Judge